```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------------X   ELECTRONICALLY FILED
                                            :   DOC #:_____
BASURTO GABINO,                             :   DATE FILED: 11/12/2019
                                            :
                    Plaintiff,              :
                                            :   19 Civ. 4523 (LGS)
          -against-                         :
                                            :   ORDER
PEE DEE CORP., ET AL.,                      :
                                            :
                    Defendants.             :
------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the case management plan at Dkt. No. 26 requires the parties file a joint status letter by **November 11, 2019**. The parties have not timely filed the letter. It is hereby

**ORDERED** that the parties shall file the letter as soon as possible and no later than **November 13, 2019**.

Dated: November 12, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**