UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                    :
    BASURTO GABINO,                                 :
                            Plaintiff,              :
                                                    :              19 Civ. 4523 (LGS)
                    -against-                        :
                                                    :                  ORDER
    PEE DEE CORP., ET AL.,                           :
                            Defendants.              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the case management plan at Dkt. No. 37 requires the parties file a joint

status letter by **May 15, 2020**.  The parties have not timely filed the letter.  It is hereby

        **ORDERED** that the parties shall file the letter as soon as possible and no later than **May

21, 2020**.  It is further

        **ORDERED** that the parties will be referred to Judge Cott for a settlement conference

after the close of discovery, or after June 5, 2020.  The referral order will follow separately.


Dated: May 18, 2020
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE