UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    BASURTO GABINO,
                            Plaintiff,

                          19 Civ. 4523 (LGS)
          -against-

                                    ORDER
    PEE DEE CORP., ET AL.,
                          Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, by Order dated May 22, 2020, the parties were referred to Judge Cott for a settlement conference.  It is hereby

       **ORDERED** that the case management conference scheduled for June 25, 2020, is adjourned *sine die*, while the parties participate in settlement efforts.  The parties are advised that they must comply with the Order at Docket No. 42.  It is further

       **ORDERED** that the parties shall file a joint status letter, apprising the Court of the status of settlement, within two business days of the completion of a settlement conference or by **July 22, 2020**, whichever is earlier.


Dated:  June 12, 2020
        New York, New York

*(signature)*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE