USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/21/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BASURTO GABINO, *et al.*,

                Plaintiffs,

-v-

PEE DEE CORP., *et al.*,

                Defendants.
-------------------------------------------------------------X

**ORDER**

19-CV-4523 (LGS) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

In light of the reported settlement (Dkt. No. 52), the conference scheduled for July 29, 2020 (Dkt. No. 51) is hereby adjourned *sine die*.

      **SO ORDERED.**

Dated: July 21, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge