# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 E. 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

_____

August 25, 2020

**VIA ECF**
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
40 Centre Street
New York, New York, 1007

*This application is untimely but nevertheless GRANTED. The parties shall submit their Cheeks materials by **August 31, 2020**.*

*Dated: August 26, 2020*
*New York, New York*

*LORNA G. SCHOFIELD*
*UNITED STATES DISTRICT JUDGE*

Re: **Basurto Gabino et al v. Pee Dee Corp. et al**
**Index No. 19-CV-4523 (LGS)**

### SECOND REQUEST FOR SETTLEMENT APPROVAL ADJOURNMENT

Dear Judge Schofield,

We represent Plaintiff Estolfo Basurto Gabino in the above referenced matter. We write to respectfully request an adjournment of the time to submit the settlement agreement between the Parties for approval by the Court, pursuant to Cheeks. On July 21, 2020, the Court issued an order that the Parties submit the aforesaid agreement for approval by August 11, 2020. (Dkt. No. 56) On that day the Parties jointly requested an adjournment for the details of the settlement to be finalized in a formal agreement. (Dkt. No.: 58) The Court graciously granted the adjournment until today's date, August 25, 2020. (Dkt. No.: 59)

The Parties have conferred by email through counsel and finalized a draft agreement, which was delivered to Defendants via email to defense counsel last week. In follow up with defense counsel today, the individual Defendants are still reviewing. Counsel for all Parties expect the agreement to be signed shortly.

August 25, 2020
Page 2

Therefore, the Parties request a second adjournment, of a short duration, for final execution of the agreement. I spoke via email to defense counsel, who consents to the adjournment request.

We thank the Court for its attention and consideration to this matter.

Respectfully Submitted,

*/s/ Kevin S. Johnson, Esq.*

Kevin S. Johnson, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.
*Attorneys for Plaintiff*
704.258.5546 (mobile)
kjohnson@faillacelaw.com
kevinsjohnson1@outlook.com

**CC VIA ECF:**
Hong Keun Jung, Esq.
JUNG & ASSOCIATES
*Attorney for Defendants*
470 Park Avenue South, Ste. 4 North
New York, NY 10016
(212) 481-0800
Fax: (212)-481-0820
hjung@crystallaw.com