```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  BASURTO GABINO,                                           :
                                  Plaintiff,                :
                                                            :         19 Civ. 4523 (LGS)
                     -against-                              :
                                                            :              ORDER
  PEE DEE CORP., ET AL.,                                    :
                                  Defendants.               :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order dated July 21, 2020, the parties were directed to file by August 11, 2020, (i) their settlement agreement; and (ii) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), *cert. denied*, 136 S. Ct. 824 (2016); *see, e.g., Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable);

WHEREAS, the parties untimely requested two extensions to their deadline to file their *Cheeks* materials (Dkt. Nos. 58 and 60), and their deadline was extended to August 31, 2020 (Dkt. No. 61);

WHEREAS, the parties have neither filed their *Cheeks* materials nor an application for an extension.  It is hereby

**ORDERED** that the parties shall file their *Cheeks* materials as soon as possible and, in any event, no later than **September 4, 2020**.  The parties are reminded that compliance with Court-ordered deadlines is not optional.

Dated: September 1, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE